ORIGINAL

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

FILED
IN CLERKS OFFICE
2005 APR -8 P 12: 46
U.S. DISTRICT COURT
DISTRICT OF MASS

---

**GARDEN CITY BOXING CLUB, INC.,**
as Broadcast Licensee of the **May 3, 2003
DeLaHoya/Campas**, Program,

              Plaintiff,

-against-

PAUL SEISLER, ROBERT CELESTE and JIM QUINLAN, Individually, and as officers, directors, shareholders and/or principals of CONCORDIA SOCIAL CLUB, INC. d/b/a CONCORDIA SOCIAL CLUB, and CONCORDIA SOCIAL CLUB, INC. d/b/a CONCORDIA SOCIAL CLUB;

              Defendants.

Civil Action No.

**05-10704 RCL**

---

### CORPORATE DISCLOSURE STATEMENT

PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE AND THE GENERAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that Party which are publicly held.

There are no corporate parents, subsidiaries, or affiliates of the plaintiff, **GARDEN CITY BOXING CLUB, INC.,** and said corporation's securities are not publicly traded.

Dated: April 4, 2005
      Ellenville, New York

GARDEN CITY BOXING CLUB, INC.

By: _____
WAYNE D. LONSTEIN, ESQ..
Attorney for Plaintiff
LONSTEIN LAW OFFICE, P.C.
Office and P.O. Address
1 Terrace Hill : P.O. Box 351
Ellenville, NY 12428
Telephone: (845) 647-8500
Facsimile: (845) 647-6277
*Our File No. 03-5MA-04G*