# United States District Court

DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

GARDEN CITY BOXING CLUB, INC.,
as Broadcast Licensee of the May 3, 2003
DeLaHoya/Campas, Program,
Plaintiff

V.

PAUL SEISLER, ROBERT CELESTE and JIM QUINLAN,
Individually, and as officers, directors, shareholders and/or principals
of CONCORDIA SOCIAL CLUB, INC. d/b/a CONCORDIA SOCIAL
CLUB, and CONCORDIA SOCIAL CLUB, INC. d/b/a CONCORDIA
SOCIAL CLUB;
Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 10704 RCL

TO: (Name and address of defendant)

<u>JIM QUINLAN, Individually, and as officers, directors, shareholders and/or principals of CONCORDIA SOCIAL CLUB, INC. d/b/a CONCORDIA SOCIAL CLUB</u>
1 E. Platt Street
Lawrence, MA 01841-2163
Our File No. 03-5MA-04G

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LONSTEIN LAW OFFICE, P.C.
P.O. Box 351
Ellenville, New York 12428

an answer to the complaint which is herewith served upon you, within  twenty (20)  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON
CLERK

(BY) DEPUTY CLERK

DATE: APR 08 2005

AO 440 (Rev. 10/93) Summons in a Civil Action

RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 4/23/2005 |
| NAME OF SERVER (PRINT) Robert J. DeBenedittor | TITLE Constable |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 1 East Pratt St. ~~Baltimore~~ ~~MD~~ Law. Ma.

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $150.00 | TOTAL $150.00 |
|---|---|---|

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/23/05
Date

Signature of Server

P.O. Box 1743, Law. Ma. 01841
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.