# United States District Court

━━━━━━━━━━━━━━━ **DISTRICT OF** ___MASSACHUSETTS___
BOSTON DIVISION

GARDEN CITY BOXING CLUB, INC.,
as Broadcast Licensee of the May 3, 2003
DeLaHoya/Campas, Program,
Plaintiff **V.**

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

PAUL SEISLER, ROBERT CELESTE and JIM QUINLAN.
Individually, and as officers, directors, shareholders and/or principals
of CONCORDIA SOCIAL CLUB, INC. d/b/a CONCORDIA SOCIAL
CLUB, and CONCORDIA SOCIAL CLUB, INC. d/b/a CONCORDIA
SOCIAL CLUB;
Defendants.

# 05 CV 10704 RCL

TO: (Name and address of defendant)

__CONCORDIA SOCIAL CLUB, INC. d/b/a CONCORDIA SOCIAL CLUB__
**1 E. Platt Street**                    *Registered Agent for Corporation*:       **David Elias**
**Lawrence, MA  01841-2163**                                                   **135 Berkeley Street**
**Our File No. 03-5MA-04G**                                                     **Lawrence, MA  01841**

## YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**LONSTEIN LAW OFFICE, P.C.**
**P.O. Box 351**
**Ellenville, New York  12428**

an answer to the complaint which is herewith served upon you, within _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

APR 08 2005

CLERK                                                                        DATE

(BY) DEPUTY CLERK

| Service of the Summons and Complaint was made by me[1] | DATE 4/23/05 |
|---|---|
| NAME OF SERVER (PRINT)  Robert O. DeBenedetto | TITLE Constable |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: _Jim Quinlan as Pres._
OF concordia Club, 1~~E~~ ~~~~ ~~xxx~~ Law, Me.
East Platt St

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 150.00 | TOTAL 150.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___4/27/05___
Date

Signature of Server

_P.O. Box 1743 Law Ma. 01579_
Address of Server

[1]   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.