AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF __MASSACHUSETTS__
BOSTON DIVISION

GARDEN CITY BOXING CLUB, INC.,
as Broadcast Licensee of the May 3, 2003
DeLaHoya/Campas, Program,
　　　　Plaintiff,

V.

PAUL SEISLER, ROBERT CELESTE and JIM QUINLAN, Individually, and as officers, directors, shareholders and/or principals of CONCORDIA SOCIAL CLUB, INC. d/b/a CONCORDIA SOCIAL CLUB, and CONCORDIA SOCIAL CLUB, INC. d/b/a CONCORDIA SOCIAL CLUB;
　　　　Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 CV 10704 RCL**

TO: (Name and address of defendant)

ROBERT CELESTE, Individually, and as officers, directors, shareholders and/or principals of CONCORDIA SOCIAL CLUB, INC. d/b/a CONCORDIA SOCIAL CLUB
79 Sevoian Drive
Methuen, MA  01844-1535

Our File No.  03-5MA-04G

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LONSTEIN LAW OFFICE, P.C.
P.O. Box 351
Ellenville, New York  12428

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(BY) DEPUTY CLERK

APR 08 2005

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE: July 16, 2005 |
| NAME OF SERVER (PRINT): Robert J. DeBenedetto | TITLE: Constable |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Served to Brian Crane in hand the Defendants (Robert Celeste) son @ 79 Se voian Drive Methuen Ma. 12 attempts at in hand service to Robert Celeste were made, Left my card 9 times

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $175.00 | $175.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 16, 2005
Date

Signature of Server

Address of Server: P.O. Box 1743
Law. Ma. 01847

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.