UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

---

**GARDEN CITY BOXING CLUB, INC.,**
as Broadcast Licensee of the **May 3, 2003**
**DeLaHoya/Campas**, Program,
        Plaintiff,

  -against-

PAUL SEISLER, *et al.*;

        Defendants.

---

<u>NOTICE OF DISMISSAL</u>
Civil Action No. 04-10704
Honorable Reginald C. Lindsay

    **PLAINTIFF, GARDEN CITY BOXING CLUB, INC.,** hereby has compromised the within and foregoing action, and no party named herein being an infant or incompetent, herewith notifies the Court of the settlement of the above-styled action and moves to dismiss their claim against Defendants with prejudice and without costs pursuant to Rule 41(a) (1) of the Federal Rules of Civil Procedure.

Dated: September 26, 2005
      Ellenville, New York

           **GARDEN CITY BOXING CLUB, INC.**

          By:<u>/s/ Wayne D. Lonstein</u>
            WAYNE D. LONSTEIN, ESQ.
            Attorney for Plaintiff
            LONSTEIN LAW OFFICE, P.C.
            Office and P.O. Address
            1 Terrace Hill : P.O. Box 351
            Ellenville, NY  12428
            Telephone:  (845) 647-8500
            Facsimile:   (845) 647-6277
            *Our File No.  03-5MA-04G*

**SO ORDERED** this ____day of _____, 2005

_____
**HON. REGINALD C. LINDSAY**
**UNITED STATES DISTRICT JUDGE**

**CERTIFICATE OF SERVICE**

The foregoing Notice of Dismissal was duly served on the following:

Robert J. O'Sullivan, Esq.
Oakley, O'Sullivan & Eaton, P.C.
89 Main Street
Andover, MA 01810


on this 27th day of September, 2005 via United States Postal Service, postage prepaid.


                                          /s/ Wayne D. Lonstein
                                          WAYNE D. LONSTEIN